UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTHUR SCHUMAN, INC., : | |
| : | Civil Action No. 06-1331 (PGS) |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| BANCO SANTANDER BRASIL, SA, ET AL. : | **ORDER** |
| : | |
| Defendants. : | |

This matter comes before the Court on Defendant Banco Santander's motion to dismiss for lack of personal jurisdiction. A Report and Recommendation was filed on November 13, 2007 by Magistrate Judge Esther Salas recommending that this Court deny Defendants' motion to dismiss for lack of personal jurisdiction or, in the alternative, allow for jurisdictional discovery. Defendant Banco Santander objected to the Report and Recommendation and the Court heard oral argument on January 29, 2008. The Court, having reviewed the Report and Recommendation *de novo*, and for the reasons set forth in the record, and for good cause having been shown,

It is, on this 30th day of January, 2008,

ORDERED that the Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of the Court; it is further

ORDERED that the Defendant's motion to dismiss for lack of personal jurisdiction is

hereby denied.

January 24, 2008

PETER G. SHERIDAN, U.S.D.J.