**UNITED STATES DISTRICT COURT**

DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**ESTHER SALAS**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4887 |

March 26, 2009

**LETTER ORDER**

Re:   Arthur Schuman, Inc. v. Banco Santander Brasil, SA, et al
      Civil Action No. 06-1331 (PGS)

Dear Counsel:

A telephone status conference has been scheduled for **March 31, 2009 at 10:30 a.m. Plaintiff's Counsel is to initiate the call.**  Should you have any questions please call (973) 297-4887.

**SO ORDERED.**

                                          _s/Esther Salas_
                                          **Esther Salas, U.S.M.J**

cc:   Clerk
      Hon. Peter G. Sheridan, U.S.D.J.
      File